IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:06CR244 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ARDELLE EDWARD DUNLAP, JR., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's Motion to Review Conditions of Pretrial Release [21]. The motion is denied.

The defendant's proposed placement with his mother fails to adequately address the court's concerns as set out in the August 22, 2006 Detention Order [9]. Specifically, the proposed release does not significantly address the defendant's prior criminal history, four felony convictions, or his non-compliance with previous court orders based upon his prior record of failures to appear at court proceedings, and the October 2004 revocation of his parole.

**IT IS ORDERED:**

1. The defendant's Motion to Review Conditions of Release [21] is denied without hearing.

Dated this 16th day of October 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge